| Form B1 | **UNITED STATES BANKRUPTCY COURT**<br>**NORTHERN DISTRICT OF ILLINOIS** | **Voluntary Petition** |

| Name of Debtor (If individual, enter Last, First, Middle):<br><br>HUDZIK, WILLIAM D. | Name of Joint Debtor (Spouse)(Last, First, Middle):<br><br>**HUDZIK, KIMBERLY J.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>**(include married, maiden, and trade names):**<br><br>None. | All Other Names used by the Joint Debtor in the last 6 years<br>**(include married, maiden, and trade names):**<br><br>None. |
| **Soc. Sec./Tax I.D. No. (if more than one, state all):**<br><br>xxx-xx-xxxx / None. | **Soc. Sec./Tax I.D. No. (if more than one, state all):**<br><br>xxx-xx-xxxx / None. |
| Street Address of Debtor (No. & Street,City,State & Zip Code):<br><br>**8 SPRING VALLEY LANE**<br>**STREAMWOOD, IL 60107** | Street Address of Joint Debtor (No. & Street,City,State & Zip Code):<br><br>**8 SPRING VALLEY LANE**<br>**STREAMWOOD, IL 60107** |
| County of Residence or of the<br>Principal Place of Business: **COOK** | County of Residence or of the<br>Principal Place of Business: **COOK** |
| Mailing Address of Debtor (If different from street address):<br><br>None | Mailing Address of Joint Debtor (If different from street address):<br><br>None. |
| Location of Principal Assets of Business Debtor<br>**(If different from address noted above):** None. | |

| **INFORMATION REGARDING DEBTOR (Check the Applicable Boxes)** |
|---|

**Venue (Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply)<br>☑ **Individual(s)** | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>☑ **Chapter 7** |
|---|---|
| **Nature of Debts (Check one box)**<br>☑ **Consumer/Non-Business** | **Filing Fee (Check one box)**<br><br>☑ Full Filing Fee attached. |
| **Chapter 11 Small Business (Check all boxes that apply)**<br>☐ Debtor is a small business as defined in 11 USC Sec. 101.<br>☐ Debtor is and elects to be considered a small business under defined in 11 USC Sec. 1121(e) (Optional) | |

| Statistical/Administrative Information (Estimates only)<br><br>☑ Debtor estimates that funds will be available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| Estimated Number of Creditors  ☑ 50 - 99  (3) | |
| Estimated Assets  ☑ $100,001 to $500,000  (3) | |
| Estimated Debts  ☑ $100,001 to $500,000  (3) | |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **WILLIAM D. HUDZIK** **KIMBERLY J. HUDZIK** | **Form B1, Page 2** |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location Where Filed: None. | Case Number: None. | Date Filed: None. |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor: None. | Case Number: None. | Date Filed: None. |
| District: None. | Relationship: None. | Judge: None. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11, UNITED STATES CODE, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, UNITED STATES CODE, specified in this petition.

X _____
Signature of Debtor, **WILLIAM D. HUDZIK**

X _____
Signature of Joint Debtor, **KIMBERLY J. HUDZIK**

Telephone Number (If not represented by attorney)

Date:

### EXHIBIT A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11.)

☐ Exhibit "A" is attached and made a part of this petition.

### EXHIBIT B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)
I, the attorney for the petitioner(s) named in the foregoing petition, declare that I have informed the petitioner(s) that (he, she or they) may proceed under chapter 7, 11, 12 or 13 of Title 11, UNITED STATES CODE, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

### EXHIBIT C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit "C" is attached and made a part of this petition.

☐ No.

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)
DOUGLAS W. WORRELL
Printed Name of Attorney for Debtor(s)
LAW OFFICE OF DOUGLAS W. WORRELL, CHTD.
Firm Name
1301 S. GROVE AVENUE, SUITE 160
BARRINGTON, IL  60010
Address
Telephone Number:  (847) 277-7333

Date:

### Signature of Non-Attorney Bankruptcy Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. Sec. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. Sec. 110 and 18 U.S.C. Sec. 156.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, UNITED STATES CODE, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date:

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re    WILLIAM D. HUDZIK,                          Case No.
         KIMBERLY J. HUDZIK,

                        Debtor(s).                    Chapter 7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

|   | | | AMOUNTS SCHEDULED | | |
| NAME OF SCHEDULE | Attached | Num. Pages | ASSETS | LIABILITIES | OTHER |
| --- | --- | --- | --- | --- | --- |
| A - REAL PROPERTY | YES | 1 | $270,000.00 | | |
| B - PERSONAL PROPERTY | YES | 4 | $70,638.00 | | |
| C - PROPERTY CLAIMED AS EXEMPT | YES | 2 | | | |
| D - CREDITORS HOLDING SECURED CLAIMS | YES | 2 | | $308,714.00 | |
| E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS | YES | 2 | | $  0.00 | |
| F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS | YES | 14 | | $80,198.04 | |
| G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES | YES | 1 | | | |
| H - CODEBTORS | YES | 1 | | | |
| I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) | YES | 1 | | | $4,252.00 |
| J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) | YES | 1 | | | $6,033.00 |
| Total Number of Sheets in ALL Schedules | | 29 | | | |
| Total Assets | | | $340,638.00 | | |
| Total Liabilities | | | | $388,912.04 | |

In re   WILLIAM D. HUDZIK,                        Case No.
KIMBERLY J. HUDZIK,

                    Debtor(s).                    Chapter 7

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married. state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "H, W, J or C." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTIONS | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| single family residence 8 Spring Valley Lane Streamwood, IL 60107 | 100% fee simple | J | $270,000.00 | $271,914.00 |
| | TOTAL | | $270,000.00 | |

In re    WILLIAM D. HUDZIK,                                    Case No.
KIMBERLY J. HUDZIK,

                            Debtor(s).                         Chapter 7

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "H, W, J or C."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N o n e | DESCRIPTION AND LOCATION OF PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | | Cash on hand 8 Spring Valley Lane Streamwood, Il 60107 | | $20.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Harris Bank checking account 8 Spring Valley Lane Streamwood, Il 60107 | | $100.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords and others. | | Security deposit with Nicor 8 Spring Valley Lane Streamwood, Il 60107 | | $418.00 |
| 4.   Household goods and furnishings, including audio, video and computer equipment. | | Misc. household goods & furnishings 8 Spring Valley Lane Streamwood, Il 60107 | | $3,000.00 |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc and other collections or collectibles. | | Elvis posters 8 Spring Valley Lane Streamwood, Il 60107 | | $100.00 |
| 6.   Wearing apparel. | | Misc. clothing and wearing apparel 8 Spring Valley Lane Streamwood, Il 60107 | | $200.00 |
| 7.   Furs and jewelry. | X | | | $ 0.00 |
| 8.   Firearms and sports, photographic and other hobby equipment. | X | | | $ 0.00 |

SCHEDULE B - PERSONAL PROPERTY  1 - 4

In re    WILLIAM D. HUDZIK,                              Case No.
KIMBERLY J. HUDZIK,
                              Debtor(s).                 Chapter 7

| TYPE OF PROPERTY | None | DESCRIPTION AND LOCATION OF PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | **term life insurance policies with St. Paul and with Thrivet Lutheran - no cash value 8 Spring Valley Lane Streamwood, Il 60107** | | $0.00 |
| 10.  Annuities.  Itemize and name each issuer. | X | | | $ 0.00 |
| 11.  Interests in IRA, ERISA, Keogh or other pension or profit-sharing plans.  Itemize. | | **Profit sharing plan $84,000.00 less $30,000 outstanding loan 8 Spring Valley Lane Streamwood, Il 60107** | | $54,000.00 |
| | | **Pension plan 8 Spring Valley Lane Streamwood, Il 60107** | | $5,500.00 |
| 12.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | $ 0.00 |
| 13.  Interests in partnerships or joint ventures.  Itemize. | X | | | $ 0.00 |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | $ 0.00 |
| 15.  Accounts receivable. | X | | | $ 0.00 |
| 16.  Alimony, maintenance, support and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | $ 0.00 |
| 17.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | | **1040 taxes unfiled for 2001 through 2004 (4 years). Refunds equal tax owed. 8 Spring Valley Lane Streamwood, Il 60107** | | $0.00 |
| 18.  Equitable or future interests, life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | $ 0.00 |
| 19.  Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy or trust. | X | | | $ 0.00 |
| 20.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims or the debtor and rights to setoff claims.  Give estimated value of each. | X | | | $ 0.00 |

**SCHEDULE B - PERSONAL PROPERTY  2 - 4**

In re   WILLIAM D. HUDZIK,                                    Case No.
KIMBERLY J. HUDZIK,

                              Debtor(s).                      Chapter 7

| TYPE OF PROPERTY | N o n e | DESCRIPTION AND LOCATION OF PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21.  Patents, copyrights and other intellectual property.  Give particulars. | X | | | $ 0.00 |
| 22.  Licenses, franchises and other general intangibles.  Give particulars. | X | | | $ 0.00 |
| 23.  Automobiles, trucks, trailers and other vehicles. | | 2002 Mercury Cougar - daughter's car, loan balance $6,800.00 8 Spring Valley Lane Streamwood, Il 60107 | | $5,000.00 |
| | | 1995 Chevy Tahoe - daughter's car (150,000 miles) 8 Spring Valley Lane Streamwood, Il 60107 | | $500.00 |
| | | 1992 Buick Century 160,000 miles 8 Spring Valley Lane Streamwood, Il 60107 | | $400.00 |
| | | 1992 Chrysler Lebaron 167,000 miles 8 Spring Valley Lane Streamwood, Il 60107 | | $400.00 |
| | | 1995 Olds Cutlass, doesn't run - 136,000 miles 8 Spring Valley Lane Streamwood, Il 60107 | | $500.00 |
| 24.  Boats, motors and accessories. | X | | | $ 0.00 |
| 25.  Aircraft and accessories. | X | | | $ 0.00 |
| 26.  Office equipment, furnishings and supplies. | X | | | $ 0.00 |
| 27.  Machinery, fixtures, equipment and supplies used in business. | | computer and PDA used in business and employment 8 Spring Valley Lane Streamwood, Il 60107 | | $200.00 |
| 28.  Inventory. | X | | | $ 0.00 |
| 29.  Animals. | X | | | $ 0.00 |

**SCHEDULE B - PERSONAL PROPERTY  3 - 4**

In re   WILLIAM D. HUDZIK,
KIMBERLY J. HUDZIK,

Debtor(s).

Case No.

Chapter 7

| TYPE OF PROPERTY | None | DESCRIPTION AND LOCATION OF PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30.   Crops - growing or harvested.  Give particulars. | X | | | $ 0.00 |
| 31.   Farming equipment and implements. | X | | | $ 0.00 |
| 32.   Farm supplies, chemicals and feed. | X | | | $ 0.00 |
| 33.   Other personal property of any kind not already listed.  Itemize. | | exercise equipment<br>8 Spring Valley Lane<br>Streamwood, Il 60107 | | $300.00 |
| | | | Total | $70,638.00 |

**SCHEDULE B - PERSONAL PROPERTY  4 - 4**

In re   **WILLIAM D. HUDZIK,**
**KIMBERLY J. HUDZIK,**

Case No.

Debtor(s).

Chapter 7

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which the debtor is entitled under

☑ 11 U.S.C. 522(b)(2) Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 75% Earned Unpaid Wages - | 15 U.S.C. § 1673 | | |
| Alimony/Child Support | 735 ILCS 5/12-1001(g) | | |
| Civil Service Retirement | 5 U.S.C. § 729 | | |
| Crime Victims' Compensation | 735 ILCS 5/12-1001(h) | | |
| Federal Statute Restitutions | 735 ILCS 5/12-1001(h)(5) | | |
| Fishermen, seamen, apprentice wages | 46 U.S.C. § 601 | | |
| Health Aids | 735 ILCS 5/12-1001(e) | | |
| Homestead Proceeds one year | 735 ILCS 5/12-906 | | |
| Husband/Wife Homestead to $15,000 | FNB v. Mohr, 515 NE2d 1356 (Ill.App. 1988) | $15,000.00 | $270,000.00 |
| Life Insurance For Dependent - term policies with no cash value | 735 ILCS 5/12-1001(h) | all property in category | $    0.00 |
| Life Insurance Proceeds For Spouse/Child | 735 ILCS 5/12-1001(h) | all property in category | |
| Longshore/harbor worker's benefits | 33 U.S.C. § 916 | | |
| Misc. Personal Property to $2000 each- Cash on hand $20; checking acct. $100; security deposit with Nicor $418; misc. household goods & furnishings $3,000; Elvis posters $100; exercise equipment $300. | 735 ILCS 1001(b) | $4,000.00 | $3,838.00 |
| Motor Vehicle to $1200 each:  1995 Chevy Tahoe $500; 1992 Buick Century $400; 1992 Chrysler Lebaron $400; 1995 Olds Cutlass $500 | 735 ILCS 5/12-1001(c) | $2,400.00 | $1,800.00 |
| Necessary Apparel, Bible, Pictures | 735 ILCS 5/12-1001(a) | all property in category | $  200.00 |
| Personal Injury Recovery to $7500 | 735 ILCS 5/12-1001(h) | | |

**SCHEDULE C - PROPERTY CLAIMED AS EXEMPT  1 - 2**

In re   WILLIAM D. HUDZIK,                    Case No.
KIMBERLY J. HUDZIK,
                          Debtor(s).          Chapter 7

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Railroad Retirement | 45 U.S.C. § 228(l) | | |
| Residential Homestead to $7500 | 735 ILCS 5/12-901 | | $59,500.00 |
| Retirement Plans | 735 ILCS 5/12-1006 | all property in category | |
| Seamen's Clothing | 46 U.S.C. § 11110 | | |
| Seamen's Contract Wages | 46 U.S.C. § 11111 | | |
| Social Security | 735 ILCS 5/12-1001(g) | | |
| Social Security Benefits | 42 U.S.C. § 407 | | |
| Surviving Spouse/Child Homestead | 735 ILCS 5/12-902 | | |
| Tools/Equipment/Books of Trade to $750 - computer and PDA | 735 ILCS 5/12-1001(d) | $ 750.00 | $ 200.00 |
| Unemployment Compensation | 735 ILCS 5/12-1001(g) | | |
| Veterans Benefits | 735 ILCS 5/12-1001(g) | | |
| Veteran's benefits | 45 U.S.C. § 352(E) | | |
| Welfare Benefits | 735 ILCS 5/12-1001(g) | | |
| Workers' Compensation | 735 ILCS 305/21 | | |
| Wrongful Death Recovery for Support | 735 ILCS 5/12-1001(h) | | |

**SCHEDULE C - PROPERTY CLAIMED AS EXEMPT  2 - 2**

In re    WILLIAM D. HUDZIK,                                    Case No.
KIMBERLY J. HUDZIK,

                            Debtor(s).                          Chapter 7

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgement liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "H, W, J or C."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ **Check this box if debtor has no creditors holding secured claims to report on this Schedule D.**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H, W, J or C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Acct. No.<br><br>Barrington Mortgage<br>736 W. Northwest Highway<br>Barrington, IL  60010 | | H | 12/2004<br>loan<br>profit sharing account<br><br>VALUE $84,000.00 | | | | $30,000.00 | |
| Acct. No. 411714-13-529777-7<br><br>Beneficial Finance<br>P.O. Box 17574<br>Baltimore, MD  21297-1574 | | J | April 2005<br>fourth mortgage<br>residence at 8 Spring Valley Lane,<br>Streamwood, IL 60107<br><br>VALUE $270,000.00 | | | | $33,986.00 | $1,914.00 |
| Acct. No. 029-50024947<br><br>Harris<br>P.O. Box 6290<br>Carol Stream, IL  60197-6290 | | J | June 2000<br>third mortgage<br>residence at 8 Spring Valley Lane,<br>Streamwood, Il  60107<br><br>VALUE $270,000.00 | | | | $25,304.00 | |
| | | | Subtotal this page | | | | **$89,290.00** | |

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS  1 - 2**

In re   WILLIAM D. HUDZIK,                     Case No.
KIMBERLY J. HUDZIK,

                   Debtor(s).                     Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H, W, J, or C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Acct. No. 212500314<br><br>Harris Bank<br>P.O. Box 6290<br>Carol Stream, IL  60197-6290 | | | auto loan for daughter's car<br>2002 Mercury Cougar<br><br>VALUE  $5,000.00 | | | | $6,800.00 | $1,800.00 |
| Acct. No. 4010090379876<br><br>Regents<br>Dept. 2520 - P.O. Box 2153<br>Birmingham, AL  35219 | | J | first mortgage residence at 8 Spring Valley Lane, Streamwood, IL  60107<br><br>VALUE  $270,000.00 | | | | $162,673.00 | |
| Acct. No. 654-6906648-1998<br><br>Wells Fargo<br>Dept. 1358<br>Denver, CO  80271-1358 | | J | Second mortgage residence at 8 Spring Valley Lane. Streamwood, IL  60107<br><br>VALUE  $270,000.00 | | | | $49,951.00 | |

                                 Subtotal this page       **$219,424.00**

                                           TOTAL       **$308,714.00**

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS  2 - 2**

In re    WILLIAM D. HUDZIK,                                    Case No.
KIMBERLY J. HUDZIK,
                                    Debtor(s).                 Chapter 7

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete set of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "H, W, J or C."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of a debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. Sec. 507(a)(2).

☐ **Wages, salaries and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick pay owing to employees, up to a maximum of $4650 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4650 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2100 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. Sec. 507(a)(6).

☐ **Alimony, maintenance, and support**
Debts to a spouse, former spouse, or child of the debtor, for alimony to, maintenance for, or support of such spouse or child. 11 U.S.C. Sec. 507(a)(7).

☑ **Taxes and other certain debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. Sec. 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. Sec. 507(a)(9).

In re   «Name1»,                                    Case No.

                        Debtor(s).                  Chapter «Chapter»

Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Acct. No. Illinois Dept. of Revenue BK Section 100 W. Randolph St., Level 7-425 Chicago, IL 60601 | | | 2001 - 2004 4 years unfiled 1040's. Refunds equal to tax owed. Amounts unknown at this time. | | | | $ 0.00 | $ 0.00 |
| Acct. No. Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | | 2001 - 2004 4 years unfiled 1040's. Refunds equal to tax owed. Amounts unknown at this time. | | | | $ 0.00 | $ 0.00 |

Subtotal this page   $   0.00

TOTAL   $   0.00

**Schedule E - Creditors Holding Unsecured Priority Claims   2 - 2**

In re    WILLIAM D. HUDZIK,                        Case No.
KIMBERLY J. HUDZIK,
                              Debtor(s).             Chapter 7

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "H, W, J or C."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured non-priority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J o r C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 301495 <br><br> Alan Kaplin, DDS <br> 820 S. Bartlett Road <br> Streamwood, IL  60107 | | | | | | | $ 570.00 |
| Acct. No. 1946250/0181398827 <br><br> AOL OSI Collection <br> P.O. Box 17400 <br> Jacksonville, FL  32245-7400 | | | | | | | $ 133.70 |
| Acct. No. <br><br> Arlington Ridge Pathology <br> Dr. Richard Regan <br> 800 W. Central <br> Arlington Heights, Il  60005 | | | | | | | $    70.00 |

**Subtotal this page**                **$ 773.70**

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  1 - 14**

In re   WILLIAM D. HUDZIK,          Case No.
KIMBERLY J. HUDZIK,

Debtor(s).          Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J o r C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No.<br><br>Armor Systems<br>2322 N. Green Bay<br>Waukegan, IL  60087 | | | acct. no. 1001252251 for $255.00;<br>acct. no. 1001252222 for $138.00 | | | | $ 393.00 |
| Acct. No. 2242<br><br>Associates in Psychiatry<br>2050 Larkin Ave., Suite 202<br>Elgin, IL  60123 | | | | | | | $ 168.50 |
| Acct. No. 375627128<br><br>Barrington Cardiology<br>912 W. Northwest Highway, #100<br>Fox River Grove, IL  60021 | | | | | | | $  43.49 |
| Acct. No. 10928 Felicia<br><br>Barrington Family Healthcare<br>400 Fox Glen Drive<br>Barrington, IL  60010 | | | | | | | $  72.00 |
| Acct. No. 10539 Kim<br><br>Barrington Family Healthcare<br>400 Fox Glen Drive<br>Barrington, IL  60010 | | | | | | | $ 307.00 |
| Acct. No. 11704 Kristina<br><br>Barrington Family Healthcare<br>400 Fox Glen Drive<br>Barrington, IL  60010 | | | | | | | $  25.00 |

Subtotal this page          $1,008.99

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  2 - 14**

In re   WILLIAM D. HUDZIK,          Case No.
KIMBERLY J. HUDZIK,
                        Debtor(s).          Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J or c | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 935-026-898<br><br>Brylane Home<br>P.O. Box 659728<br>San Antonio, TX  78265-9728 | | | | | | | $ 436.25 |
| Acct. No. 4121-7416-7396-9973<br><br>Capital One<br>P.O. Box 790216<br>St. Louis, MO  63179-0216 | | | | | | | $ 725.62 |
| Acct. No. 5291-0720-2681-1170<br><br>Capital One<br>P.O. Box 790216<br>St. Louis, MO  63179-0216 | | | | | | | $2,688.00 |
| Acct. No.<br><br>Dependon Collection<br>7627 W. Lake Street, Suite 210<br>River Forest, IL  60305 | | | acct. no. 317940418258 for $315.00;<br>acct. no. 410052558800 for $129.00 | | | | $ 444.00 |
| Acct. No. 317946466186<br><br>Dependon Collection<br>7627 W. Lake Street, Suite 210<br>River Forest, IL  60305 | | | | | | | $ 436.00 |
| Acct. No. 5458004013991128<br><br>Direct Merchants Bank<br>P.O. Box 60019<br>City of Ind, CA  91716-0019 | | | | | | | $2,869.00 |
| | | | | | | Subtotal this page | $7,598.87 |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  3 - 14**

In re   WILLIAM D. HUDZIK,                          Case No.
KIMBERLY J. HUDZIK,
                            Debtor(s).              Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 54580040251928301<br><br>Direct Merchants Bank<br>P.O. Box 60019<br>City of Ind, CA  91716-0019 | | | | | | | $2,530.00 |
| Acct. No. HUDK1000<br><br>Dr. Geo Atia<br>120 N. Northwest Highway<br>Barrington, IL  60010 | | | | | | | $ 437.10 |
| Acct. No. 0013863899<br><br>Dr. Patrick Connor - TRG Account Services<br>P.O. Box 6027<br>Plymouth, MI  48170-0027 | | | | | | | $ 35.00 |
| Acct. No. 00618704<br><br>EBI<br>P.O. Box 346<br>Parsippany, NJ  07054 | | | | | | | $4,695.00 |
| Acct. No. HUDW1000<br><br>Foot First Podiatry<br>1601 Wise Road<br>Schaumburg, IL  60193 | | | | | | | $1,500.00 |
| Acct. No. 151L1312-0<br><br>Genesis<br>3231 S. Euclid Avenue<br>Berwyn, IL  60402 | | | | | | | $ 15.92 |
| | | | Subtotal this page | | | | $9,213.02 |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  4 - 14**

In re    WILLIAM D. HUDZIK,       Case No.
KIMBERLY J. HUDZIK,

Debtor(s).       Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 607546058<br><br>Good Shepherd<br>450 W. Highway 22<br>Barrington, IL  60010 | | | | | | | $ 959.06 |
| Acct. No.<br><br>Good Shepherd ICS<br>P.O. Box 646<br>Oak Lawn, IL  60454-0646 | | | Account No. 606950913/8110295 in the amount $1,575.56 and Account No. 606167849/7598369 in the amount of $50.00 | | | | $1,625.56 |
| Acct. No. 41519-20041208-99236<br><br>Gopal S. Rao, MD    IPC of Illinois<br>P.O. Box 92934<br>Los Angeles, CA  90009 | | | | | | | $ 101.00 |
| Acct. No. VS05105513<br><br>Illinois State Tollway<br>P.O. Box 5201<br>Lisle, IL  60532-5201 | | | | | | | $ 704.60 |
| Acct. No. 248-600-602-21<br><br>JC Penney<br>P.O. Box 960001<br>Orlando, FL  32896-0001 | | | | | | | $ 853.00 |
| | | | Subtotal this page | | | | $4,243.22 |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  5 - 14**

In re    WILLIAM D. HUDZIK,                        Case No.
KIMBERLY J. HUDZIK,
                                  Debtor(s).            Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J o r C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 032-4958-438 <br><br> Kohl's <br> P.O. Box 2983 <br> Milwaukee, WI  53201-2983 | | | | | | | ¢  672.00 |
| Acct. No. 102992 <br><br> Lake Cook Orthopedic <br> 27401 W. Highway 22, Suite 125 <br> Barrington, IL  60010 | | | | | | | $  155.00 |
| Acct. No. 088-809-314 <br><br> Lane Bryant <br> P.O. Box 850 <br> Milford, OH  45150-0850 | | | | | | | $  275.66 |
| Acct. No. 406670001649138 <br><br> M. Gerald Associates <br> 332 S. Michigan Avenue, Suite 600 <br> Chicago, IL  00004 | | | | | | | $   62.00 |
| Acct. No. 02-3591-FH <br><br> Macomb County Probation - John Courie <br> 1 South Main Street, 3rd Floor <br> Mt. Clemens, MI   48043 | | | | | | | $17,338.00 |
| Acct. No. 3-243-035-339 <br><br> Marshall Field's <br> P.O. Box 94578 <br> Cleveland, OH  44101-4578 | | | | | | | $  214.54 |

Subtotal this page                            **$18,717.20**

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  6 - 14**

In re    WILLIAM D. HUDZIK,                          Case No.
KIMBERLY J. HUDZIK,
                            Debtor(s).              Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J o r c | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 2903 KDS  Medical Financial Management 8135 Milwaukee Avenue Niles, IL  60714-2828 | | | | | | | $ 920.00 |
| Acct. No.  Merchants Credit 223 W. Jackson Street Chicago, IL  60606 | | | acct. no. 8031113566 for $183.00; acct. no. 8031113567 for $166.00 | | | | $ 349.00 |
| Acct. No. 861-1-0002323468  Midwest Diagnostic Pathology 76 Remittance Drive, Suite 3070 Chicago, IL  60675-3070 | | | | | | | $   23.10 |
| Acct. No. 000083562  Midwest Emergency Assoc. c/o Fortis Insurance Co. 501 W. Michigan Avenue Milwaukee, WI  53203 | | | | | | | $ 148.00 |
| Acct. No. 000083562  Midwest Emergency Associates | | | | | | | $ 148.00 |
| Acct. No.  Miller Funeral Home 504 W. Main Street West Dundee, IL  60118 | | | | | | | $2,600.00 |

                                    Subtotal this page          **$4,188.10**

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  7 - 14**

In re   WILLIAM D. HUDZIK,                              Case No.
KIMBERLY J. HUDZIK,
                   Debtor(s).            Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D F B T O R | H W J ∩ r C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 086-1-8623838320<br><br>Neopath<br>520 E. 22nd Street<br>Lombard, IL  60148 | | | | | | | $   73.00 |
| Acct. No. 086-1-0001753017<br><br>Neopath SC<br>520 E. 22nd Street<br>Lombard, IL  60148 | | | | | | | $   85.00 |
| Acct. No. 7138<br><br>New Image Dental<br>945 Bartlett Road, Suite A<br>Streamwood, IL  60107 | | | | | | | $2,977.80 |
| Acct. No. 3346229059<br><br>Northwest Collectors, Inc.<br>3601 Algonquin Road, Suite 500<br>Rolling Meadows, IL  60008-3104 | | | ProMed paramedic services | | | | $1,026.20 |
| Acct. No.<br><br>Northwest Community Hospital<br>800 W. Central<br>Arlington Heights, IL  60005 | | | Acct. No. 40401105 for $595.66;<br>Acct. No. 40470034 for $192.57 | | | | $  788.23 |
| Acct. No. 34519706<br><br>Northwest Community Hospital<br>3060 Salt Creek Lane, Suite 110<br>Chicago, IL  60694-5698 | | | | | | | $1,016.15 |
| | | | Subtotal this page | | | | $5,966.38 |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  8 - 14**

In re    WILLIAM D. HUDZIK,                        Case No.
KIMBERLY J. HUDZIK,
                              Debtor(s).            Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D F B T O R | H W J ∩ r C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 35584323<br><br>Northwest Community Hospital<br>P.O. Box 95698<br>Chicago, IL 60694-5698 | | | | | | | $1,538.00 |
| Acct. No.<br><br>Northwest Community Hospital CB Accounts<br>1101 Main Street<br>Peoria, IL 61606 | | | Acct. No. 39451484 for $97.93;<br>Acct. No. 39549221 for $186.59;<br>Acct. No. 39751712 for $138.39;<br>Acct. No. 39451476 for $319.30 | | | | $ 742.21 |
| Acct. No.<br><br>Northwest Community Hospital<br>OSI Collection Services<br>1375 E. Woodfield Road, Suite 110<br>Schaumburg, IL 60173-5447 | | | Acct. no. 35988181/5235613 for $1,960.46; acct. no. 37298158/5317633 for $757.06; acct. no. 35845437/3931110 for $1,281.32; acct. no. 35984291/393110 for $50.01 | | | | $4,048.85 |
| Acct. No.<br><br>Northwest Radiology Associates<br>520 E. 22nd Street<br>Lombard, IL 60148 | | | acct. no. 084-1-8435988181 for $207.00; acct. no. 084-1-8437966959 for $38.00 | | | | $ 245.00 |
| | | | | | **Subtotal this page** | | **$6,574.06** |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  9 - 14**

In re   WILLIAM D. HUDZIK,                          Case No.
KIMBERLY J. HUDZIK,
                        Debtor(s).               Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J o r C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 4291-3750-0005-7683<br><br>Orchard Bank<br>P.O. Box 17051<br>Baltimore, MD  21297-1051 | | | | | | | $3,468.00 |
| Acct. No. 3988093 / 861-1583338<br><br>OSI Collection Services c/o Midwest Diagnostic Path<br>1375 E. Woodfield Road, Suite 110<br>Schaumburg, IL  60173 | | | | | | | $ 277.38 |
| Acct. No. 375627128<br><br>ProMed Paramedic Services<br>509 S. Vermont Street<br>Palatine, IL  60067 | | | | | | | $ 733.00 |
| Acct. No.<br><br>Radiological Consultants of Woodstock<br>36311 Treasury Center<br>Chicago, IL  60694 | | | Acct. No. 055128B for $54.80; acct. no. 055128A for $149.70 and $499.00 | | | | $ 703.50 |
| Acct. No. 5049-9401-4774-0426<br><br>Sears<br>P.O. Box 182149<br>Columbus, OH  43218-2149 | | | | | | | $ 470.34 |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  10 - 14**

In re   WILLIAM D. HUDZIK,                          Case No.
        KIMBERLY J. HUDZIK,
                              Debtor(s).             Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 5049-9480-3336-4797<br><br>Sears<br>P.O. Box 182149<br>Columbus, OH  43218-2149 | | | | | | | $ 938.39 |
| Acct. No.<br><br>Sherman Hospital<br>934 Center Street<br>Elgin, IL  60120-2198 | | | acct. no. 90225582 for $403.80 and acct. no. 90210219 for $95.59 | | | | $ 499.39 |
| Acct. No. 00383562<br><br>St. Alexius Medical Center<br>900 Oakmont Lane, Suite 200<br>Westmont, IL  60559 | | | | | | | $ 479.36 |
| Acct. No. 00383562<br><br>St. Alexius Medical Center<br>900 Oakmont Lane, Suite 200<br>Westmont, IL  60559 | | | | | | | $ 418.00 |
| Acct. No. F013429220<br><br>St. Alexius Medical Center<br>1555 Barrington Road<br>Hoffman Estates, IL  60194 | | | | | | | $ 248.00 |

Subtotal this page                                              **$2,583.14**

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  11 - 14**

In re    WILLIAM D. HUDZIK,                          Case No.
KIMBERLY J. HUDZIK,
                              Debtor(s).              Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J o r C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 548124-410052<br><br>St. Alexius Medical Center - Dependon Collection Service P.O. Box 5906 River Forest, IL  60305-5906 | | | | | | | $  289.00 |
| Acct. No. F009896127/2857900<br><br>St. Alexius Medical Center - Pelletieri & Associates 991 Oak Creek Drive Lombard, IL  60148-6408 | | | | | | | $   50.01 |
| Acct. No.<br><br>St. Alexius Medical Center ICS P.O. Box 646 Oak Lawn, IL  60454-0646 | | | acct. no. 6436905 for $987.86 and acct. no. 7564936 for $658.38 | | | | $1,646.24 |
| Acct. No. F009611500/2786763<br><br>St. Alexius Medical Center Pellettieri & Assoc. 991 Oak Creek Drive Lombard, IL  60148-6408 | | | | | | | $  608.37 |
| Acct. No. DB0057585757<br><br>St. Joseph Hospital Armor Systems Corp. 2322 N. Green Bay Road Waukegan, IL  60087-4209 | | | | | | | $   50.00 |
| | | | | | | Subtotal this page | $2,643.62 |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  12 - 14**

In re    WILLIAM D. HUDZIK,                          Case No.
KIMBERLY J. HUDZIK,
                              Debtor(s).              Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J o r C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. DB0057731167<br><br>St. Joseph Hospital<br>Pellettieri & Assoc.<br>991 Oak Creek Drive<br>Lombard, IL  60148-6408 | | | | | | | $ 871.46 |
| Acct. No. 4352-3750-4116-3694<br><br>Target National Bank<br>P.O. Box 59317<br>Minneapolis, MN  55459-0317 | | | | | | | $3,291.53 |
| Acct. No. 4918489<br><br>TCF Profess. Acct.<br>2040 W. Wisconsin Ave.<br>Milwaukee, WI  53233 | | | | | | | $ 418.09 |
| Acct. No. H92322<br><br>Tri County ER<br>P.O. Box 1219<br>Park Ridge, IL  60068-7210 | | | | | | | $1,848.07 |
| Acct. No. A512-0080245-01<br><br>Tri County ER Physicians<br>P.O. Box 369<br>Barrington, IL  60010 | | | | | | | $  28.07 |
| Acct. No. 08008916863<br><br>US Cellular<br>Two Wells Avenue<br>Newton, MA  02459 | | | | | | | $1,092.27 |
| | | | Subtotal this page | | | | $7,549.49 |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  13 - 14**

In re    WILLIAM D. HUDZIK,                                    Case No.
KIMBERLY J. HUDZIK,
                              Debtor(s).                       Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J o r c | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 050498323700000<br><br>Verizon   NCO Financial Systems<br>9009 Corporate Lake Drive<br>Tampa, FL  33634 | | | | | | | $1,267.76 |
| Acct. No. 050507348000000<br><br>Verizon - NES<br>29125 Solon Road<br>Solon, OH  44139-3442 | | | | | | | $2,218.27 |
| | | | Subtotal this page | | | | $3,486.03 |
| | | | TOTAL | | | | $80,198.04 |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  14 - 14**

In re    WILLIAM D. HUDZIK,              Case No.
KIMBERLY J. HUDZIK,
                          Debtor(s).       Chapter 7

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ **Check this box if debtor has no executory contracts or unexpired leases.**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| None. | |

SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES 1 - 1

In re    WILLIAM D. HUDZIK,                    Case No.
KIMBERLY J. HUDZIK,
                        Debtor(s).              Chapter 7

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case, should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ **Check this box if debtor has no codebtors.**

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| None. | |

SCHEDULE H - CODEBTORS 1 - 1

In re   WILLIAM D. HUDZIK,                                    Case No.
KIMBERLY J. HUDZIK,

                               Debtor(s).                     Chapter 7

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married, Not Separated** | **NAMES:** | **AGE:** | **RELATIONSHIP:** |
| | Kimberly, Jennifer, Kristina, Felicia | 49, 19, 17, 14 | spouse and 3 daughters |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | mortgage banker | unemployed |
| Name of Employer | Barrington Mortgage Corp. | None. |
| How long employed | 13 years | None. |
| Address of Employer | 736 W. Northwest Highway, Barrington, IL 60010 | None. |

Income: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary and commissions (pro rata if not paid monthly) | $6,300.00 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| **SUBTOTAL** | **$6,300.00** | **$ 0.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $1,928.00 | $ 0.00 |
| b. Insurance | $ 120.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (specify):  None. None. | $ 0.00 | $ 0.00 |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | **$2,048.00** | **$ 0.00** |
| **TOTAL NET MONTHLY TAKE-HOME PAY** | **$4,252.00** | **$ 0.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (specify):  None. | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (specify): Debtor: None. Spouse: None. | $ 0.00 | $ 0.00 |
| **TOTAL MONTHLY INCOME** | **$4,252.00** | **$ 0.00** |

**TOTAL COMBINED MONTHLY INCOME   $4,252.00**       (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document: None.

In re   WILLIAM D. HUDZIK,          Case No.
KIMBERLY J. HUDZIK,

                    Debtor(s).          Chapter 7

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $2,202.00 |
|     Are real estate taxes included? **Y** | |
|     Is property insurance included? **Y** | |
| **Utilities: Electricity and heating fuel** | $ 394.00 |
|     **Water and sewer** | $ 66.00 |
|     **Telephone** | $ 302.00 |
|     **Other (specify): Cable TV & internet** | $ 125.00 |
| **Home maintenance (repairs and upkeep)** | $ 200.00 |
| **Food** | $ 800.00 |
| **Clothing** | $ 75.00 |
| **Laundry and dry cleaning** | $ 35.00 |
| **Medical and dental expenses** | $ 300.00 |
| **Transportation (not including car payments)** | $ 450.00 |
| **Recreation, clubs and entertainment, newspapers, magazines, etc.** | $ 60.00 |
| **Charitable contributions** | $ 25.00 |
| **Insurance (not deducted from wages or included in home mortgage payment)** | |
|     **Homeowner's or renter's** | $ 0.00 |
|     **Life** | $ 100.00 |
|     **Health** | $ 0.00 |
|     **Auto** | $ 280.00 |
|     **Other (specify):** None. | $ 0.00 |
| **Taxes (not deducted from wages or included in home mortgage payments) (Specify)** None. | $ 0.00 |
| **Installment payments** | |
|     **Auto** | $ 204.00 |
|     **Other:** None. | $ 0.00 |
| **Alimony, maintenance and support paid to others** | $ 0.00 |
| **Payments for support of additional dependents not living at your home** | $ 0.00 |
| **Regular expenses from operation of business, profession or farm.** (attach detailed statement) | $ 50.00 |
| **Other:** pet food & grooming $60.00; children's expenses $80.00; college expenses $200.00; probation $25.00 | $ 365.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $6,033.00 |

**(FOR CHAPTER 12 AND 13 DEBTORS ONLY)** Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.
**A. Total projected monthly income**
**B. Total projected monthly expenses**
**C. Excess income (A minus B)**
**D. Total amount to be paid into plan each   (interval).**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re    WILLIAM D. HUDZIK,                          Case No.
KIMBERLY J. HUDZIK,
                          Debtor(s).                 Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"*In Business.*"  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following:  an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"*Insider.*"  The term "insider" includes but is not limited to:  relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. Sec. 101.

### 1.  Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.).

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $60,000.00 | 2004 employment |
| $176,385.00 | 2003 employment |
| $109,187.00 | 2002 employment |

### 2.  Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| n/a | |

STATEMENT OF FINANCIAL AFFAIRS  1 - 10

In re    **WILLIAM D. HUDZIK,**                      **Case No.**
**KIMBERLY J. HUDZIK,**
                          **Debtor(s).**            **Chapter 7**

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

**3. Payments to creditors**

3.a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Regents Dept. 2520, P.O. Box 2153, Birmingham, AL  35219 | Oct. 2005 | $2,600.00 | $162,673.00 |
| Wells Fargo Dept. 1358, Denver, CO  80271-1358 | Oct. 2005 | $554.00 | $49,951.00 |
| Harris Bank P.O. Box 6290, Carol Stream, IL 60197 | Oct. 2005 | $124.00 | $25,304.00 |
| Beneficial Finance P.O. Box 17574, Baltimore, MD 21297-1574 | Oct. 2005 | $974.00 | $33,986.00 |

3.b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Prescription drugs, groceries, living expenses and car repairs for parents who were very ill. | over last year | $3,500.00 | $0.00 |

In re    WILLIAM D. HUDZIK,                     Case No.
KIMBERLY J. HUDZIK,
                          Debtor(s).            Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑   4.a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the commencement of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.).

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| n/a | | | |

None ☑   4.b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| n/a | | |

### 5. Repossessions, foreclosures and returns

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| n/a | | |

### 6. Assignments and receiverships

None ☑   6.a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| n/a | | |

None ☑   6.b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

In re   **WILLIAM D. HUDZIK,**                          Case No.
**KIMBERLY J. HUDZIK,**

                          **Debtor(s).**                **Chapter 7**

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| n/a | | | |

### 7. Gifts

None ☑

List all gifts or charitable contributions made within <u>one year</u> immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| n/a | | | |

### 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within <u>one year</u> immediately preceding the commencement of this case <u>or since the commencement of this case</u>. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| n/a | | |

### 9. Payments related to debt counseling or bankruptcy

None

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy with <u>one year</u> immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Douglas W. Worrell, Law Office of Douglas W. Worrell, Chtd. 1301 S. Grove Avenue, Suite 160, Barrington, IL  60010 | 10/14/2005 | $1,100.00 |

**STATEMENT OF FINANCIAL AFFAIRS  4 - 10**

In re   **WILLIAM D. HUDZIK,**                          **Case No.**
**KIMBERLY J. HUDZIK,**
                        **Debtor(s).**              **Chapter 7**

# STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

## 10. Other transfers

None
☑

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| n/a | | |

## 11. Closed financial accounts

None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Harris Bank | checking account<br><br>0 balance | February 2005 |

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| n/a | | | |

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| n/a | | |

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

**STATEMENT OF FINANCIAL AFFAIRS  5 - 10**

In re     WILLIAM D. HUDZIK,                          Case No.
KIMBERLY J. HUDZIK,
                          Debtor(s).              Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| n/a | | |

**15. Prior address of debtor**

None ☑   If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| n/a | | |

**16. Spouses and Former Spouses**

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

n/a

**17. Environmental Information.**

For  the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑   17.a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |

**STATEMENT OF FINANCIAL AFFAIRS  6 - 10**

In re    WILLIAM D. HUDZIK,                          Case No.
KIMBERLY J. HUDZIK,
                          Debtor(s).                 Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

None ☑ 17.b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ 17.c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18.  Nature, location and name of business

None ☑ 18a.
If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER ID NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|---|---|---|---|---|

n/a

None ☑ 18.b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business. as defined above. within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**STATEMENT OF FINANCIAL AFFAIRS  7 - 10**

In re    WILLIAM D. HUDZIK,                          Case No.
KIMBERLY J. HUDZIK,
                              Debtor(s).              Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

### 19. Books, records and financial statements

None
☑ 19.a. List all bookkeepers and accountants who, within the two years immediately preceding the commencement of this bankruptcy case, kept or
supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| n/a | |

None
☑ 19.b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and
records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATE SERVICES RENDERED |
|---|---|---|
| n/a | | |

None
☑ 19.c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If
any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| n/a | |

None
☑ 19.d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the
two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| n/a | |

### 20. Inventories

None
☑ 20.a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar
amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY | SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|---|---|---|---|
| n/a | | | |

None
☑ 20.b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**STATEMENT OF FINANCIAL AFFAIRS  8 - 10**

In re    **WILLIAM D. HUDZIK,**                              Case No.
**KIMBERLY J. HUDZIK,**
                          **Debtor(s).**                      **Chapter 7**

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

DATE OF INVENTORY              NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

n/a

## 21.  Current Partners. Officers. Directors and Shareholders

None    21.a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☑

NAME AND ADDRESS                    NATURE OF INTEREST          PERCENTAGE OF INTEREST

n/a

None    21.b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or

☑        holds 5 percent or more of the voting securities of the corporation.

NAME AND ADDRESS                         TITLE          NATURE AND PERCENTAGE OF
                                                                STOCK OWNERSHIP

n/a

## 22.  Former partners, officers, directors and shareholders

None    22.a.  If the debtor is a partnership, list each member who withdrew from the partnership within <u>one year</u> immediately preceding the commencement of this

☑        case.

NAME                        ADDRESS              DATE OF WITHDRAWAL

n/a

None    22.b.  If the debtor is a corporation, list all officers, or directors whose relationships with the corporation terminated within <u>one year</u> immediately preceding

☑        the commencement of this case.

NAME AND ADDRESS                         TITLE          DATE OF TERMINATION

n/a

## 23.  Withdrawals from a partnership or distribution by a corporation

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses,

☑        loans, stock redemptions, options exercised and any other perquisite during <u>one year</u> immediately preceding the commencement of this case.

NAME AND ADDRESS OF RECIPIENT,          DATE AND PURPOSE OF          AMOUNT OF MONEY OR
RELATIONSHIP TO DEBTOR                  WITHDRAWAL                   DESCRIPTION AND
                                                                     VALUE OF PROPERTY

**STATEMENT OF FINANCIAL AFFAIRS  9 - 10**

In re    WILLIAM D. HUDZIK,                              Case No.
KIMBERLY J. HUDZIK,
                         Debtor(s).                      Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

DATE OF INVENTORY              NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

    n/a

### 21.  Current Partners, Officers, Directors and Shareholders

None    21.a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☑

NAME AND ADDRESS                    NATURE OF INTEREST        PERCENTAGE OF INTEREST

    n/a

None    21.b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or
☑       holds 5 percent or more of the voting securities of the corporation.

NAME AND ADDRESS                         TITLE          NATURE AND PERCENTAGE OF
                                                              STOCK OWNERSHIP

        n/a

### 22.  Former partners, officers, directors and shareholders

None    22.a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this
☑       case.

            NAME                         ADDRESS              DATE OF WITHDRAWAL

    n/a

None    22.b.  If the debtor is a corporation, list all officers, or directors whose relationships with the corporation terminated within one year immediately preceding
☑       the commencement of this case.

NAME AND ADDRESS                         TITLE          DATE OF TERMINATION

    n/a

### 23.  Withdrawals from a partnership or distribution by a corporation

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses,
☑       loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

NAME AND ADDRESS OF RECIPIENT,              DATE AND PURPOSE OF        AMOUNT OF MONEY OR
    RELATIONSHIP TO DEBTOR                      WITHDRAWAL               DESCRIPTION AND
                                                                        VALUE OF PROPERTY

**STATEMENT OF FINANCIAL AFFAIRS**  9 - 10

In re    **WILLIAM D. HUDZIK,**                        **Case No.**
**KIMBERLY J. HUDZIK,**
                    **Debtor(s).**                        **Chapter 7**

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| n/a | | |

---

### 24. Tax Consolidation Group

None
☑    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| n/a | |

---

### 25. Pension Funds

None
☑    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

**STATEMENT OF FINANCIAL AFFAIRS** 10 - 10

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re

**WILLIAM D. HUDZIK,**

**Case No.**

**KIMBERLY J. HUDZIK,**

**Debtor(s).**

**Address**
**8 SPRING VALLEY LANE**
**STREAMWOOD, IL 60107**
**8 SPRING VALLEY LANE**
**STREAMWOOD, IL 60107**

**Chapter 7**

**Social Security No(s).**
**xxx-xx-xxxx, xxx-xx-xxxx**
**Employer's Tax Identification Nos. [if any]**
**None.**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

    **a.** *Property to be surrendered.*

        **Description of Property**        **Creditor's name**

In re    WILLIAM D. HUDZIK,                          Case No.
KIMBERLY J. HUDZIK,
                              Debtor(s).              Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### (continuation sheet)

**b.** *Property to be retained*                  *(Check any applicable statement.)*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. Sec. 722 | Debt will be reaffirmed pursuant to 11 U.S.C. Sec. 524(c) |
|---|---|---|---|---|
| Residence at 8 Spring Valley Lane, Streamwood, IL 60107 | Regents | X | | X |
| Residence at 8 Spring Valley Lane, Streamwood, IL 60107 | Wells Fargo | X | | X |
| Residence at 8 Spring Valley Lane, Streamwood, IL 60107 | Harris | X | | X |
| Residence at 8 Spring Valley Lane, Streamwood, IL 60107 | Beneficial Finance | X | | X |

**INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION  2 -2**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS**

In re

WILLIAM D. HUDZIK,

                                                          Case No.

KIMBERLY J. HUDZIK,

                                    Debtor(s).

Address
8 SPRING VALLEY LANE
STREAMWOOD, IL 60107
8 SPRING VALLEY LANE
STREAMWOOD, IL 60107

                                                          Chapter 7

Social Security No(s).
xxx-xx-xxxx, xxx-xx-xxxx
Employer's Tax Identification Nos. [if any]
None.

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. Sec. 329(a) and Fed. R. Bankr. P.
    2016(b), I certify that I am the attorney for the above-
    named debtor(s) and that compensation paid to me within one
    year before the filing of the petition in bankruptcy, or
    agreed to be paid to me, for services rendered or to be
    rendered on behalf of the debtor(s) in contemplation of or
    in connection with the bankruptcy case is as follows:
    For legal services, I have agreed to accept $ $1,100.00
    Prior to the filing of this statement

        I have received...............$ $1,100.00

        Balance Due...................$ $0.00

2.  The source of the compensation paid to me was:

    ☑ Debtor

3.  The source of compensation to be paid me is:

    ☑ Debtor

**DISCLOSURE OF COMPENSATION 1-3**

4.    ☑ I have not agreed to share the above-disclosed
      compensation with any other person unless they are
      members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation
      with a person or persons who are not members or
      associates of my law firm.  A copy of the agreement,
      together with a list of the names of the people sharing
      in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to
      render legal service for all aspects of the bankruptcy
      case, including:

      a.    Analysis of the debtor's financial situation, and
            rendering advice to the debtor in determining
            whether to file a petition in bankruptcy;

      b.    Preparation and filing of any petition, schedules,
            statement of affairs and plan which may be required;

      c.    Representation of the debtor at the meeting of
            creditors and confirmation hearing, and any
            adjourned hearings thereof;

      d.    [Other provisions as needed]:    None.

6.    By agreement with the debtor(s), the above-disclosed fee
      does not include the following services:  representation
      of the debtor in adversary proceedings and other
      contested bankruptcy matters.

**DISCLOSURE OF COMPENSATION 2-3**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____          _____
           *Date*                        DOUGLAS W. WORRELL,
                                         *Attorney for Debtor(s)*

                                         LAW OFFICE OF DOUGLAS W.
                                             WORRELL, CHTD.
                                         _____
                                             *Name of Law Firm*

**DISCLOSURE OF COMPENSATION 3-3**