UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| HUDZIK, WILLIAM D | ) | CASE NO. 05 B 59974 |
| HUDZIK, KIMBERLY J | ) | |
| Debtor(s) | ) | HON. A. BENJAMIN GOLDGAR |

Social Security/Employer Tax ID Number:    XXX-XX-3801
XXX-XX-7128

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: **U.S. BANKRUPTCY COURT, 219 SOUTH DEARBORN STREET, COURTROOM 613, CHICAGO, IL. 60604**

    On: **SEPTEMBER 19, 2007**    Time: **10:00 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $70,084.52 |
    | Disbursements | $32,255.91 |
    | Net Cash Available for Distribution | $37,828.61 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Phillip D. Levey<br>Trustee | $0.00 | $6,379.23 | $53.30 |
| Phillip D. Levey<br>Attorney For Trustee | $0.00 | $5,622.50 | $0.00 |

5. Applications for Chapter 11 and/or 13 fees and administrative expenses have been filed as follows: None

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>270,317.74</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 9.53%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Department of the Treasury - IRS | $270,317.74 | $25,773.58 |

7. Claims of general unsecured creditors totaling $137,659.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Recovery Management Systems Corp. | $853.31 | $0.00 |
| 2 | Department of the Treasury - IRS | $112,507.53 | $0.00 |
| 3 | Alan Kaplin, DDS | $860.00 | $0.00 |
| 4 | Miller Funeral Home | $2,715.52 | $0.00 |
| 5 | Target National Bank | $3,805.90 | $0.00 |
| 6 | St. Alexius Medical Center | $5,409.79 | $0.00 |
| 7 | Kohl's Department Store | $682.33 | $0.00 |
| 8 | Computer Credit Inc | $2,163.99 | $0.00 |
| 9 | Marshall Field | $214.54 | $0.00 |
| 11 | World Financial Network National Bank | $789.94 | $0.00 |
| 12 | Dr. Patrick Connor | $68.47 | $0.00 |
| 14 | Wickes Lumber | $1,009.09 | $0.00 |
| 15 | GE Money Bank | $1,009.09 | $0.00 |
| 16 | Citibank USA NA | $470.34 | $0.00 |
| 17 | Lake Cook Orthopedic | $1,516.03 | $0.00 |
| 18 | Ecast Settlement Corporation | $3,583.81 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Cash | $20.00 |
| Harris Checking Account | $100.00 |
| Security Deposit-NICOR | $418.00 |
| HOUSEHOLD FURNISHINGS | $3,000.00 |
| Elvis Posters | $100.00 |
| WEARING APPAREL | $200.00 |
| LIFE INSURANCE | $0.00 |
| Profit Sharing Plan | $54,000.00 |

| | |
|---|---:|
| Tax Refund | $0.00 |
| 2002 Mercury Cougar | $5,000.00 |
| 1995 Chevy Tahoe | $500.00 |
| 1992 Chrysler LeBaron | $400.00 |
| 1995 Olds Cutlass | $500.00 |
| Computer | $200.00 |
| Exercise Equipment | $300.00 |
| 1992 Buick | $400.00 |
| Pension Plan | $5,500.00 |

Dated: **August 21, 2007**                                        For the Court,

                                        By:    **KENNETH S. GARDNER**
                                                Kenneth S. Gardner
                                                Clerk of the U.S. Bankruptcy Court
                                                219 S. Dearborn Street; 7th Floor
                                                Chicago, IL 60604

Trustee:        Phillip D. Levey
Address:        2722 North Racine Avenue
                Chicago, IL  60614
Phone No.:      (773) 348-9682