UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| HUDZIK, WILLIAM D | ) | CASE NO. 05 B 59974 |
| HUDZIK, KIMBERLY J | ) | |
| Debtor(s) | ) | HON. A. BENJAMIN GOLDGAR |

Social Security/Employer Tax ID Number: XXX-XX-3801
XXX-XX-7128

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: **U.S. BANKRUPTCY COURT, 219 SOUTH DEARBORN STREET, COURTROOM 613, CHICAGO, IL. 60604**

   On: **SEPTEMBER 19, 2007**    Time: **10:00 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $70,084.52 |
   | Disbursements | $32,255.91 |
   | Net Cash Available for Distribution | $37,828.61 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Phillip D. Levey<br>Trustee | $0.00 | $6,379.23 | $53.30 |
| Phillip D. Levey<br>Attorney For Trustee | $0.00 | $5,622.50 | $0.00 |

5. Applications for Chapter 11 and/or 13 fees and administrative expenses have been filed as follows: None

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>270,317.74</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 9.53%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Department of the Treasury - IRS | $270,317.74 | $25,773.58 |

7. Claims of general unsecured creditors totaling $137,659.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Recovery Management Systems Corp. | $853.31 | $0.00 |
| 2 | Department of the Treasury - IRS | $112,507.53 | $0.00 |
| 3 | Alan Kaplin, DDS | $860.00 | $0.00 |
| 4 | Miller Funeral Home | $2,715.52 | $0.00 |
| 5 | Target National Bank | $3,805.90 | $0.00 |
| 6 | St. Alexius Medical Center | $5,409.79 | $0.00 |
| 7 | Kohl's Department Store | $682.33 | $0.00 |
| 8 | Computer Credit Inc | $2,163.99 | $0.00 |
| 9 | Marshall Field | $214.54 | $0.00 |
| 11 | World Financial Network National Bank | $789.94 | $0.00 |
| 12 | Dr. Patrick Connor | $68.47 | $0.00 |
| 14 | Wickes Lumber | $1,009.09 | $0.00 |
| 15 | GE Money Bank | $1,009.09 | $0.00 |
| 16 | Citibank USA NA | $470.34 | $0.00 |
| 17 | Lake Cook Orthopedic | $1,516.03 | $0.00 |
| 18 | Ecast Settlement Corporation | $3,583.81 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Cash | $20.00 |
| Harris Checking Account | $100.00 |
| Security Deposit-NICOR | $418.00 |
| HOUSEHOLD FURNISHINGS | $3,000.00 |
| Elvis Posters | $100.00 |
| WEARING APPAREL | $200.00 |
| LIFE INSURANCE | $0.00 |
| Profit Sharing Plan | $54,000.00 |

| | |
|---|---:|
| Tax Refund | $0.00 |
| 2002 Mercury Cougar | $5,000.00 |
| 1995 Chevy Tahoe | $500.00 |
| 1992 Chrysler LeBaron | $400.00 |
| 1995 Olds Cutlass | $500.00 |
| Computer | $200.00 |
| Exercise Equipment | $300.00 |
| 1992 Buick | $400.00 |
| Pension Plan | $5,500.00 |

Dated: **August 21, 2007**                                    For the Court,

                                                              By:   **KENNETH S. GARDNER**
                                                              Kenneth S. Gardner
                                                              Clerk of the U.S. Bankruptcy Court
                                                              219 S. Dearborn Street; 7th Floor
                                                              Chicago, IL 60604

| | |
|---|---|
| Trustee: | Phillip D. Levey |
| Address: | 2722 North Racine Avenue |
| | Chicago, IL  60614 |
| Phone No.: | (773) 348-9682 |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: sward              Page 1 of 3          Date Rcvd: Aug 21, 2007
Case: 05-59974                Form ID: pdf002          Total Served: 137

The following entities were served by first class mail on Aug 23, 2007.
db           +William D Hudzik,    8 Spring Valley Lane,    Streamwood, IL 60107-1718
jdb          +Kimberly J Hudzik,    8 Spring Valley Lane,    Streamwood, IL 60107-1718
aty          +Douglas W. Worrell,    Law Office of Douglas W. Worrell, Chtd.,    1625 W. Colonial Parkway,
               Inverness, IL 60067-1220
aty          +Faiq Mihlar,    Heavner Scott Beyers & Mihlar,    Attorneys at Law,    111 East Main Street Ste #200,
               PO Box 740,    Decatur, IL 62525-0740
aty          +Rachael A Stokas,    Codilis & Associates,    15W030 N. Frontage Ste. 100,
               Burr Ridge, IL 60527-6921
tr           +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
cr            Regions Bank dba Regions Mortgage,    PO Box 18001,    Hattiesburg, MS 39404-8001
cr           +WELLS FARGO BANK, N.A.,    c/o Codilis & Associates, P.C.,    15W030 North Frontage Road,
               Suite 100,    Burr Ridge, IL 60527-6921
10687445      AAA Credit Services Inc,    626 S 59th Street,    Belleville IL 62223
10348531      AOL OSI Collection,    P.O. Box 17400,    Jacksonville, FL 32245-7400
10348529     +ATTORNEY FOR DEBTORS:,    Douglas W. Worrell,    Law Office of Douglas W. Worrell, Chtd.,
               1301 S. Grove Avenue, Suite 160,    Barrington, IL 60010-5298
10687499     +Affiliated Credit Services,    PO Box 1329,    Rochester MN 55903-1329
10348530     +Alan Kaplin, DDS,    820 S. Bartlett Road,    Streamwood, IL 60107-2421
10348532     +Arlington Ridge Pathology    Dr. Richard Regan,    800 W. Central,
               Arlington Heights, IL 60005-2349
10348533     +Armor Systems,    2322 N. Green Bay,    Waukegan, IL 60087-4209
10348534     +Associates in Psychiatry,    2050 Larkin Ave., Suite 202,    Elgin, IL 60123-5899
10687500     +Baron's Creditors Service Corp,    155 Revers Drive #9,    Northbrook IL 60062-1558
10348535     +Barrington Cardiology,    912 W. Northwest Highway, #100,    Fox River Grove, IL 60021-1925
10348536     +Barrington Family Healthcare,    400 Fox Glen Drive,    Barrington, IL 60010-1824
10348537     +Barrington Mortgage,    736 W. Northwest Highway,    Barrington, IL 60010-2640
10348538      Beneficial Finance,    P.O. Box 17574,    Baltimore, MD 21297-1574
10348539      Brylane Home,    P.O.Box 659728,    San Antonio, TX 78265-9728
10687501     +C A Accounts Inc,    1101 Main Street,    Peoria IL 61606-1928
10687502      Campus Parking Services,    Northern Illinois University,    Lincoln Terrace at Normal Road,
               DeKalb IL 60115-2854
10348540      Capital One,    P.O. Box 790216,    St. Louis,MO 63179-0216
10833491     +Citibank USA NA,    P O Box 182149,    Columbus, OH 43218-2149
10687503     +City of Urbana,    Municipal Collectors Office,    400 S Vine Street,    Urbana IL 61801-3336
10687504      Comprehensive Womens Center,    PO Box 425,    Channahan IL 60410-0425
10687505     +Computer Credit Inc,    Claim Dept 003483,    640 W Fourth Street,    Winston-Salem NC 27101-2730
10687506     +Credit Protection Assoc LP,    13355 Noel Road,    Dallas TX 75240-6602
10687507     +Creditors Collection Bureau,    PO Box 63,    Kankakee IL 60901-0063
10348528     +DEBTORS:,    William D. Hudzik & Kimberly J. Hudzik,    8 Spring Valley Lane,
               Streamwood, IL 60107-1718
10687508     +Delinquency Prevension Svs,    223 W Jackson Blvd,    Chicago IL 60606-6908
10348541     +Dependon Collection,    7627 W. Lake Street, Suite 210,    River Forest, IL 60305-1878
10348542      Direct Merchants Bank,    P.O. Box 60019,    City of Ind, CA 91716-0019
10348543     +Dr. Geo Atia,    120 N. Northwest Highway,    Barrington, IL 60010-3347
10348544      Dr. Patrick Connor - TRG Account Services,    P.O. Box 6027,    Plymouth, MI 48170-0027
10348545     +EBI,    P.O. Box 346,    Parsippany, NJ 07054-0346
10687509     +Elgin Cardiology Assoc,    915 Center Street #2001,    Elgin IL 60120-2112
10687510     +Elgin Midwest Emergency Phys,    PO Box 87916,    Carol Stream IL 60188-7916
10687511      Emergency Phys - St Alexius,    PO Box 68993,    Schaumburg IL 60168-0993
10348546     +Foot First Podiatry,    1601 Wise Road,    Schaumburg, IL 60193-3554
10832801     +GE Money Bank,    P.O. Box 103104,    Roswell, GA 30076-9104
10348547     +Genesis,    3231 S. Euclid Avenue,    Berwyn, IL 60402-3467
10348548     +Good Shepherd,    450 W. Highway 22,    Barrington, IL 60010-1999
10348549      Good Shepherd ICS,    P.O. Box 646,    Oak Lawn, IL 60454-0646
10348550     +Gopal S. Rao, MD    IPC of Illinois,    P.O. Box 92934,    Los Angeles, CA 90009-2934
10687515     +Harris & Harris Ltd,    600 W Jackson Blvd #700,    Chicago IL 60661-5629
10348551      Harris Bank,    P.O. Box 6290,    Carol Stream, IL 60197-6290
10687516     +Harvard Collection Services,    4839 N Elston Avenue,    Chicago IL 60630-2589
10687517      ICS/Elgin Emergency Phusicians,    PO Box 646,    Oak Lawn IL 60454-0646
10687521      IMBS,    PO Box 189053`,    Plantation FL 33318-9053
10348554     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury - IRS,    Internal Revenue Service,
               230 S Dearborn St,    Stop 5016-CHI,    Chicago IL 60604)
10687522     +IPC of Illinois,    PO Box 92934,    Los Angeles CA 90009-2934
10687518      Illinois Collection Service,    PO Box 646,    Oak Lawn IL 60454-0646
10348552     +Illinois Dept. of Revenue BK Section,    100 W. Randolph St., Level 7-425,
               Chicago, IL 60601-3218
10348553      Illinois State Tollway,    P.O. Box 5201,    Lisle, IL 60532-5201
10687519     +Illinois Surgical Services,    1601 Wise Road,    Schaumburg IL 60193-3554
10687520      Illinois toll Hwy Authority,    Violation Processing Center,    135 S LaSalle St Dept 8021,
               Chicago IL 60674-8021
10348555      JC Penney,    P.O. Box 960001,    Orlando, FL 32896-0001
10687523     +KCA Financial Services,    628 North Street,    PO Box #53,    Geneva IL 60134-0053
10348556      Kohl's,    P.O. Box 2983,    Milwaukee, WI 53201-2983
10734338     +Kohl's Department Store,    P O Box 740933,    Dallas, TX 75374-0933
10734339     +Kohl's Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
10348557     +Lake Cook Orthopedic,    27401 W. Highway 22, Suite 125,    Barrington, IL 60010-5934
10348558      Lane Bryant,    P.O. Box 850,    Milford, OH 45150-0850
10348559     +M. Gerald Associates,    332 S. Michigan Avenue, Suite 600,    Chicago, IL 60604-4318
10687527     +MEA-AEA LLC,    900 Oakmont Lane #200,    Westmont IL 60559-5574
```

```
District/off: 0752-1          User: sward                 Page 2 of 3                   Date Rcvd: Aug 21, 2007
Case: 05-59974                Form ID: pdf002             Total Served: 137


10348560      +Macomb County Probation - John Courie,   1 South Main Street, 3rd Floor,
                Mt. Clemens, MI 48043-2375
10735905      +Marshall Field,   111 Boulder Industrial Dr,    Bridgeton MO 63044-1241
10348561       Marshall Field's,   P.O. Box 94578,    Cleveland, OH 44101-4578
10687528      +Medical Business Bureau LLC,    Tri County ER Physicians,   PO Box 12,   Park Ridge IL 60068-0012
10348562      +Medical Financial Management,    8135 Milwaukee Avenue,   Niles, IL 60714-2898
10687529      +Medical Recovery Specialists,    2200 E Devon Avenue #288,   Des Plaines IL 60018-4501
10348563      +Merchants Credit,   223 W. Jackson Street,    Chicago, IL 60606-6993
10687530      +Midwest Children's Heart Spec,    1575 N Barrington #430,   Hoffman Estates IL 60169-1057
10348564       Midwest Diagnostic Pathology,    75 Remittance Drive, Suite 3070,   Chicago, IL 60675-3070
10687534       Midwest Emergency Assoc,   PO Box 4653 Dept 4021,    Oak Brook IL 60522-4653
10348565      +Midwest Emergency Assoc. c/o Fortis Insurance Co.,    501 W. Michigan Avenue,
                Milwaukee, WI 53203-2706
10348566      +Miller Funeral Home,   504 W. Main Street,    West Dundee, IL 60118-2089
10687535      +NCO Financial Sys Inc,   4601 Sauk Trail 3rd Floor,    Richton Park IL 60471-1271
10348567      +Neopath SC,   520 E. 22nd Street,    Lombard, IL 60148-6110
10348568      +New Image Dental,   945 Bartlett Road, Suite A,    Streamwood, IL 60107-2419
10348569      +Northwest Collectors, Inc.,    3601 Algonquin Road, Suite 500,   Rolling Meadows, IL 60008-3143
10348570      +Northwest Community Hospital,    800 W. Central,   Arlington Heights, IL 60005-2392
10348571       Northwest Community Hospital,    3060 Salt Creek Lane, Suite 110,   Chicago, IL  60694-5698
10348572       Northwest Community Hospital,    P.O. Box 95698,   Chicago, IL  60694-5698
10348573      +Northwest Community Hospital CB Accounts,    1101 Main Street,   Peoria, IL 61606-1928
10348574      +Northwest Community Hospital OSI Collection Servic,    1375 E. Woodfield Road, Suite 110,
                Schaumburg, IL 60173-5423
10687536       Northwest Primary Care,   Devang Dharia,    4900 S Route 31 #117,   Crystal Lake IL 60012
10348575      +Northwest Radiology Associates,    520 E. 22nd Street,   Lombard, IL 60148-6110
10348577      +OSI Collection Services c/o Midwest Diagnostic Pat,    1375 E. Woodfield Road, Suite 110,
                Schaumburg, IL 60173-5423
10348576       Orchard Bank,   P.O. Box 17051,    Baltimore, MD  21297-1051
10687537       Patrick Connor MD SC,   PO Box 808,    Grand Rapids MI 49518-0808
10687538      +Pellettieri & Associated Ltd,    991 Oak Creek Drive,   Lombard IL 60148-6408
10348578      +ProMed Paramedic Services,    509 S. Vermont Street,   Palatine, IL 60067-6947
10687539      +Provena St Joseph Hospital,    77 N Airlite,   Elgin IL 60123-4998
10687540      +Psych One P C / Dr DeWitt,    130 Harrison Street,   Barrington IL 60010-3007
10348579      +Radiological Consultants of Woodstock,    36311 Treasury Center,   Chicago, IL 60694-6300
10687541      +Radiological Consultants of Woodstock,    641 E Butterfield Road #407,   Lombard IL 60148-5605
10708565      +Recovery Management Systems Corporation,    For GE Money Bank,   dba JCPenney,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
10348580       Regents,   Dept. 2520 - P.O. Box 2153,    Birmingham, AL  35219
10687545      +Russell Pollina DDS,   1803 E Dundee Road #102,    Barrington IL 60010
10348581       Sears,   P.O. Box 182149,   Columbus, OH  43218-2149
10348582       Sherman Hospital,   934 Center Street,    Elgin, IL 60120-2198
10687546      +Signal Holdings,   ICR Dept,    151 S Warner Road #200,   Wayne PA 19087-2128
10687547      +St Alexius Medical Center,    21219 Network Place,   Chicago IL 60673-0001
10348583      +St. Alexius Medical Center,    900 Oakmont Lane, Suite 200,   Westmont, IL 60559-5574
10348584      +St. Alexius Medical Center,    1555 Barrington Road,   Hoffman Estates, IL 60169-1099
10348585       St. Alexius Medical Center - Dependon Collection S,    P.O. Box 5906,
                River Forest, IL  60305-5906
10348586       St. Alexius Medical Center - Pelletieri & Associat,    991 Oak Creek Drive,
                Lombard, IL  60148-6408
10348587       St. Alexius Medical Center ICS,    P.O. Box 646,   Oak Lawn, IL  60454-0646
10348588       St. Joseph Hospital Armor Systems Corp.,    2322 N. Green Bay Road,   Waukegan, IL  60087-4209
10348589       St. Joseph Hospital Pellettieri & Assoc.,    991 Oak Creek Drive,   Lombard, IL  60148-6408
10687548       Streamwood Police Dept,   Traffic Division,    300 E Irving Park Road,   Streamwood IL 60107
10687549       TCF Bank,   Collection Services Division,    PO Box 391,   Milwaukee WI 53201-0391
10348591      +TCF Profess. Acct.,   2040 W. Wisconsin Ave.,    Milwaukee, WI 53233-2098
10687552      +TRS Recovery Services Inc,    5251 Westheimer,   Houston TX 77056-5412
10687553       TSYS Total Debt Mgmt,   PO Box 6700,    Norcross GA 30091-6700
10348590       Target National Bank,   P.O. Box 59317,    Minneapolis, MN  55459-0317
10726297      +Target National Bank (f.k.a. Retailers National Ba,    TARGET VISA,   c/o Weinstein & Riley, P.S.,
                2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10687550      +Terrence Loughlin MD SC,   1585 N Barringon Road #206,    Hoffman Estates IL 60169-5019
10687551      +Transworld Systems Inc,   25 Northwest Point Blvd #750,    Elk Grove IL 60007-1058
10348592       Tri County ER,   P.O. Box 1219,    Park Ridge, IL  60068-7219
10348593      +Tri County ER Physicians,    P.O. Box 369,   Barrington, IL 60011-0369
10348594      +US Cellular,   Two Wells Avenue,    Newton, MA 02459-3208
10348595      +Verizon - NCO Financial Systems,    9009 Corporate Lake Drive,   Tampa, FL 33634-2367
10348596       Verizon - NES,   29125 Solon Road,    Solon, OH 44139-3442
10687554       Verizon - Van Ru Credit Corp,    4415 Wendler Drive,   Bldg B #200,   Tempe AZ 85282-6410
10687555       Village of Roselle,   31 S Prospect Street,    Roselle IL 60172-2097
10348597      +Wells Fargo,   Dept. 1358,    Denver, CO 80271-0001
10832603      +Wickes Lumber,   GE Money Bank,    P.O. Box 103104,   Roswell, GA 30076-9104
10741061      +World Financial Network National Bank,    Lane Bryant Retail,   c/o Weinstein & Riley, P.S.,
                2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10741059      +World Financial Network National Bank,    Brylane Homes,   c/o Weinstein & Riley, P.S.,
                2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10687556      +World Financial Network National Bank,    800 Tech Center Drive,   Gahanna OH 43230-6605
10929798       eCast Settlement Corporation assignee of,    HSBC Bank Nevada NA/HSBC Card Svcs III,
                 PO Box 35480,   Neward NJ 07193-5480
```

```
District/off: 0752-1           User: sward              Page 3 of 3                Date Rcvd: Aug 21, 2007
Case: 05-59974                 Form ID: pdf002          Total Served: 137

The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on Aug 22, 2007.
10773939     +E-mail/PDF: mtg.bankruptcy@regions.com Aug 22 2007 07:45:05       Regions Bank,   Regions Mortgage,
              PO Box 18001,    Hattiesburg MS 39404-8001
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
10732594*    +St Alexius Medical Center,   1555 Barrington Road,   Hoffman Estates IL 60169-1099
                                                                                            TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 23, 2007**           **Signature:**     *Joseph Speetjens*