IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| HUDZIK, WILLIAM & KIMBERLY | ) | CASE NO. 05 B 59974 |
| | ) | |
| | ) | |
| Debtor(s) | ) | HON. A. BENJAMIN GOLDGAR |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO: THE HONORABLE A. BENJAMIN GOLDGAR
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the attached Order Awarding Compensation and Expenses, Trustee's Distribution Report and Trustee's Form 2.

The Trustee certifies that the estate has been fully administered, requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

Date: 11-26-07

_____
TRUSTEE

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| HUDZIK, WILLIAM D | ) | CASE NO. 05 B 59974 |
| HUDZIK, KIMBERLY J | ) | |
| Debtor(s) | ) | HON. A. BENJAMIN GOLDGAR |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $6,379.23 |
| 2. | Trustee's expenses | $53.30 |
| | TOTAL | $6,432.53 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows;

| 1. | Attorney for the Trustee | |
|---|---|---|
| | a. Chapter 7 Compensation | $5,622.50 |
| | b. Chapter 7 Expenses | $0.00 |
| | c. Chapter 11 Compensation | $0.00 |
| | d. Chapter 11 Expenses | $0.00 |
| 2. | Accountant for the Trustee | |
| | a. Chapter 7 Compensation | $0.00 |
| | b. Chapter 7 Expenses | $0.00 |
| | c. Chapter 11 Compensation | $0.00 |
| | d. Chapter 11 Expenses | $0.00 |
| 3. | Other professionals | |
| | a. Chapter 7 Compensation | $0.00 |
| | b. Chapter 7 Expenses | $0.00 |
| | c. Chapter 11 Compensation | $0.00 |
| | d. Chapter 11 Expenses | $0.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: _____

ENTER:

ENTERED
SEP 19 2007
Judge A. Benjamin Goldgar
United States Bankruptcy Court

UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| HUDZIK, WILLIAM D | ) | CASE NO. 05 B 59974 |
| HUDZIK, KIMBERLY J | ) | |
| Debtor(s) | ) | HON. A. BENJAMIN GOLDGAR |

## DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $12,055.03 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $25,820.49 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $37,875.52 |

EXHIBIT D

| Case Number: 05-59974   ABG | | | Page 1 | | | Date: September 19, 2007 |
|---|---|---|---|---|---|---|

Debtor Name: HUDZIK, WILLIAM D \ HUDZIK, KIMBERLY J

| Claim # | Payee Name | Class | Priority | Amt Claimed * / Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $37,875.52 |
| | **Claim Type -** | | | | | | | |
| | Phillip D. Levey COMPENSATION | Admin | | $6,379.23 * $6,379.23 | $0.00 | $6,379.23 | $6,379.23 | $31,496.29 |
| | | Percent Paid: 100.00000 % | | | | | | |
| | Phillip D. Levey EXPENSES | Admin | | $53.30 * $53.30 | $0.00 | $53.30 | $53.30 | $31,442.99 |
| | | Percent Paid: 100.00000 % | | | | | | |
| | Subtotal For Claim Type | | | $6,432.53 * $6,432.53 | $0.00 | $6,432.53 | $6,432.53 | |
| | **Claim Type 3110-00 - Attorney for Trustee Fees** | | | | | | | |
| | Phillip D. Levey | Admin | 001 | $5,622.50 * $5,622.50 | $0.00 | $5,622.50 | $5,622.50 | $25,820.49 |
| | | Percent Paid: 100.00000 % | | | | | | |
| | Subtotal For Claim Type 3110-00 | | | $5,622.50 * $5,622.50 | $0.00 | $5,622.50 | $5,622.50 | |
| | Subtotals For Class Administrative  100.00000 % | | | $12,055.03 * $12,055.03 | $0.00 | $12,055.03 | $12,055.03 | |
| | **Claim Type 4110-00 - Real Estate - Consensual Liens** | | | | | | | |
| 000013 | Regions Bank Regions Mortgage PO Box 18001 Hattiesburg MS 39404 | Sec | 050 | $162,673.24 * $0.00 | $0.00 | $0.00 | $0.00 | $25,820.49 |
| | Subtotal For Claim Type 4110-00 | | | $162,673.24 * $0.00 | $0.00 | $0.00 | $0.00 | |
| | Subtotals For Class Secured   0.00000 % | | | $162,673.24 * $0.00 | $0.00 | $0.00 | $0.00 | |
| | **Claim Type 5800-00 - Claims of Governmental Units -** | | | | | | | |
| 000002B | Department of the Treasury - IRS Internal Revenue Service 230 S Dearborn St Stop 5016-CHI Chicago IL 60604 | Priority | 058 | $270,317.74 * $270,317.74 | $0.00 | $270,317.74 | $25,820.49 | $0.00 |
| | | Percent Paid: 9.55190 % | | | | | | |
| | Subtotal For Claim Type 5800-00 | | | $270,317.74 * $270,317.74 | $0.00 | $270,317.74 | $25,820.49 | |

FINAL DISTRIBUTION

Case Number: 05-59974    ABG                                  Page 2                                       Date: September 19, 2007
Debtor Name: HUDZIK, WILLIAM D \ HUDZIK, KIMBERLY J

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Subtotals For Class Priority | 9.55190 % | | $270,317.74 *<br>$270,317.74 | $0.00 | $270,317.74 | $25,820.49 | |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000001 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPenney<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Fl 33131 | Unsec | 070<br>Percent Paid: 0.00000 % | $853.31 *<br>$853.31 | $0.00 | $853.31 | $0.00 | $0.00 |
| 000002A | Department of the Treasury - IRS<br>Internal Revenue Service<br>230 S Dearborn St<br>Stop 5016-CHI<br>Chicago IL 60604 | Unsec | 070<br>Percent Paid: 0.00000 % | $112,507.53 *<br>$112,507.53 | $0.00 | $112,507.53 | $0.00 | $0.00 |
| 000003 | Alan Kaplin, DDS<br>820 S. Bartlett Road<br>Streamwood, IL 60107 | Unsec | 070<br>Percent Paid: 0.00000 % | $860.00 *<br>$860.00 | $0.00 | $860.00 | $0.00 | $0.00 |
| 000004 | Miller Funeral Home<br>504 W. Main Street<br>West Dundee, IL 60118 | Unsec | 070<br>Percent Paid: 0.00000 % | $2,715.52 *<br>$2,715.52 | $0.00 | $2,715.52 | $0.00 | $0.00 |
| 000005 | Target National Bank (f.k.a.<br>Retailers National Ba<br>TARGET VISA<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | Unsec | 070<br>Percent Paid: 0.00000 % | $3,805.90 *<br>$3,805.90 | $0.00 | $3,805.90 | $0.00 | $0.00 |
| 000006 | St. Alexius Medical Center<br>1555 Barrington Road<br>Hoffman Estates, IL 60194 | Unsec | 070<br>Percent Paid: 0.00000 % | $5,409.79 *<br>$5,409.79 | $0.00 | $5,409.79 | $0.00 | $0.00 |
| 000007 | Kohl"s Department Store<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Unsec | 070<br>Percent Paid: 0.00000 % | $682.33 *<br>$682.33 | $0.00 | $682.33 | $0.00 | $0.00 |

PROPDIS8                                                                                       Printed: 09/19/07 02:45 PM    Ver: 12.52

Case Number: 05-59974    ABG                                    Page 3                                    Date: September 19, 2007
Debtor Name: HUDZIK, WILLIAM D \ HUDZIK, KIMBERLY J

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000008 | Computer Credit Inc<br>Claim Dept 003483<br>640 W Fourth Street<br>Winston-Salem NC 27113-5238 | Unsec | 070<br>Percent Paid: 0.00000 % | $2,163.99*<br>$2,163.99 | $0.00 | $2,163.99 | $0.00 | $0.00 |
| 000009 | Marshall Field<br>111 Boulder Industrial Dr<br>Bridgeton MO 63044 | Unsec | 070<br>Percent Paid: 0.00000 % | $214.54*<br>$214.54 | $0.00 | $214.54 | $0.00 | $0.00 |
| 000010 | World Financial Network National Bank<br>Brylane Homes<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | Unsec | 070<br>Percent Paid: 0.00000 % | $478.10*<br>$478.10 | $0.00 | $478.10 | $0.00 | $0.00 |
| 000011 | World Financial Network National Bank<br>Lane Bryant Retail<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | Unsec | 070<br>Percent Paid: 0.00000 % | $311.84*<br>$311.84 | $0.00 | $311.84 | $0.00 | $0.00 |
| 000012 | Dr. Patrick Connor - TRG<br>Account Services<br>P.O. Box 6027<br>Plymouth, MI 48170-0027 | Unsec | 070<br>Percent Paid: 0.00000 % | $68.47*<br>$68.47 | $0.00 | $68.47 | $0.00 | $0.00 |
| 000014 | Wickes Lumber<br>GE Money Bank<br>P.O. Box 103104<br>Roswell, GA 30076 | Unsec | 070<br>Percent Paid: 0.00000 % | $1,009.09*<br>$1,009.09 | $0.00 | $1,009.09 | $0.00 | $0.00 |
| 000015 | GE Money Bank<br>P.O. Box 103104<br>Roswell, GA 30076 | Unsec | 070<br>Percent Paid: 0.00000 % | $1,009.09*<br>$1,009.09 | $0.00 | $1,009.09 | $0.00 | $0.00 |
| 000016 | Citibank USA NA<br>P O Box 182149<br>Columbus, OH 43218 | Unsec | 070<br>Percent Paid: 0.00000 % | $470.34*<br>$470.34 | $0.00 | $470.34 | $0.00 | $0.00 |

Case 05-59974    Doc 52    Filed 12/10/07    Entered 12/10/07 09:12:47    Desc Main
Document    Page 7 of 11

FINAL DISTRIBUTION

Case Number: 05-59974    ABG
Debtor Name: HUDZIK, WILLIAM D \ HUDZIK, KIMBERLY J

Page 4

Date: September 19, 2007

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000017 | Lake Cook Orthopedic<br>27401 W. Highway 22, Suite 125<br>Barrington, IL 60010 | Unsec | 070 | $1,516.03 *<br>$1,516.03 | $0.00 | $1,516.03 | $0.00 | $0.00 |
| | Percent Paid: 0.00000 % | | | | | | | |
| | Subtotal For Claim Type 7100-00 | | | $134,075.87 *<br>$134,075.87 | $0.00 | $134,075.87 | $0.00 | |
| | **Claim Type 7200-00 - Tardy General Unsecured** | | | | | | | |
| 00018 | eCast Settlement Corporation | Unsec | 080 | $3,583.81 *<br>$3,583.81 | $0.00 | $3,583.81 | $0.00 | $0.00 |
| | Percent Paid: 0.00000 % | | | | | | | |
| | Subtotal For Claim Type 7200-00 | | | $3,583.81 *<br>$3,583.81 | $0.00 | $3,583.81 | $0.00 | |
| | Subtotals For Class Unsecured  0.00000 % | | | $137,659.68 *<br>$137,659.68 | $0.00 | $137,659.68 | $0.00 | |
| | << Totals >> | | | $582,705.69<br>$420,032.45 | $0.00 | $420,032.45 | $37,875.52 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

PROPDIS8

Printed: 09/19/07 02:45 PM    Ver: 12.52

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-59974 -ABG | | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- | --- |
| Case Name: | HUDZIK, WILLIAM D | | | Bank Name: | BANK OF AMERICA |
| | HUDZIK, KIMBERLY J | | | Account Number / CD #: | *******1932 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0859 | | | | |
| For Period Ending: | 11/25/07 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/17/06 | 1 | Lawrence Kohl | Partial Settlement of PI Case | | 4,415.00 | | 4,415.00 |
| | | KOHL, LAWRENCE | Memo Amount: 20,000.00 | 1242-000 | | | |
| | | | Partial Settlement of PI Case | | | | |
| | | HUDZIK, KIMBERLY | Memo Amount: ( 7,500.00 ) | 8100-002 | | | |
| | | | Exemption | | | | |
| | | KOHL, LAWRENCE | Memo Amount: ( 5,950.08 ) | 3210-000 | | | |
| | | | ATTORNEY FEES | | | | |
| | | KOHL, LAWRENCE | Memo Amount: ( 2,134.92 ) | 3220-000 | | | |
| | | | Attorney Expenses | | | | |
| 10/31/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 1.57 | | 4,416.57 |
| 11/30/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3.63 | | 4,420.20 |
| 12/29/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3.75 | | 4,423.95 |
| 01/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3.76 | | 4,427.71 |
| 02/28/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3.40 | | 4,431.11 |
| 03/30/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3.76 | | 4,434.87 |
| 04/30/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3.65 | | 4,438.52 |
| 05/08/07 | 000101 | International Sureties, Ltd. | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 4.24 | 4,434.28 |
| | | 203 Carondelet St.-Suite 500 | | | | | |
| | | New Orleans, LA 70130 | | | | | |
| 05/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3.77 | | 4,438.05 |
| 06/08/07 | 1 | MetLife Auto & Home | SETTLEMENT | | 40,000.00 | | 44,438.05 |
| | | METLIFE AUTO & HOME | Memo Amount: 50,000.00 | 1242-000 | | | |
| | | | SETTLEMENT | | | | |
| | | KOHL, LAWRENCE | Memo Amount: ( 10,000.00 ) | 3210-000 | | | |
| | | | ATTORNEY FEES | | | | |
| 06/29/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 23.30 | | 44,461.35 |
| 06/29/07 | 000102 | LAWRENCE KOHL | Special Counsel Fees | 3210-000 | | 6,666.67 | 37,794.68 |
| 07/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 33.93 | | 37,828.61 |
| 08/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 32.13 | | 37,860.74 |
| 09/19/07 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 14.78 | | 37,875.52 |

Page Subtotals    44,546.43    6,670.91

LFORM24

Ver: 12.60b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-59974 -ABG | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | HUDZIK, WILLIAM D | Bank Name: | BANK OF AMERICA |
|  | HUDZIK, KIMBERLY J | Account Number / CD #: | *******1932  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0859 |  |  |
| For Period Ending: | 11/25/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/19/07 |  | Transfer to Acct #*******2449 | Final Posting Transfer | 9999-000 |  | 37,875.52 | 0.00 |

|  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 70,000.00 | COLUMN TOTALS |  | 44,546.43 | 44,546.43 | 0.00 |
| Memo Allocation Disbursements: | 25,585.00 | Less: Bank Transfers/CD's |  | 0.00 | 37,875.52 |  |
|  |  | Subtotal |  | 44,546.43 | 6,670.91 |  |
| Memo Allocation Net: | 44,415.00 | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  | Net |  | 44,546.43 | 6,670.91 |  |

Page Subtotals       0.00       37,875.52

Ver: 12.60b

LFORM24

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-59974 -ABG | | Trustee Name: | Phillip D. Levey |
| Case Name: | HUDZIK, WILLIAM D | | Bank Name: | BANK OF AMERICA |
| | HUDZIK, KIMBERLY J | | Account Number / CD #: | *******2449 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0859 | | | |
| For Period Ending: | 11/25/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/19/07 | | Transfer from Acct #*******1932 | Transfer In From MMA Account | 9999-000 | 37,875.52 | | 37,875.52 |
| 09/21/07 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 6,379.23 | 31,496.29 |
| 09/21/07 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 53.30 | 31,442.99 |
| 09/21/07 | 000103 | Phillip D. Levey | ATTORNEY FEES | 3110-000 | | 5,622.50 | 25,820.49 |
| 09/21/07 | 000104 | Department of the Treasury - IRS<br>Internal Revenue Service<br>230 S Dearborn St<br>Stop 5016-CHI<br>Chicago IL 60604 | Claim 000002B, Payment 9.55190% | 5800-000 | | 25,820.49 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 37,875.52 | 37,875.52 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 37,875.52 | 0.00 | |
| | | Subtotal | | 0.00 | 37,875.52 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 37,875.52 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 70,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 25,585.00 | Money Market Account (Interest Earn - *******1932 | 44,546.43 | 6,670.91 | 0.00 |
| | | Checking Account (Non-Interest Earn - *******2449 | 0.00 | 37,875.52 | 0.00 |
| Total Memo Allocation Net: | 44,415.00 | | 44,546.43 | 44,546.43 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 37,875.52 37,875.52

LFORM24

Ver: 12.60b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 05-59974 -ABG | | Trustee Name: | Phillip D. Levey |
| Case Name: | HUDZIK, WILLIAM D | | Bank Name: | BANK OF AMERICA |
| | HUDZIK, KIMBERLY J | | Account Number / CD #: | *******2449 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0859 | | | |
| For Period Ending: | 11/25/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals   0.00   0.00

LFORM24

Ver: 12.60b